In re MEYERS et al.

In re NICHOLSON.

(Common Pleas of New York City and. County, General Term. January 3, 1893.)

In the matter of the assignment of John W. Meyers and another to William J. Nicholson.

Wm. J. Nicholson, for appellant.

Abraham L. Jacob, for respondents.

No opinion. Motion to withdraw appeal granted upon payment of $10 costs.

---

SOUTHARD, Respondent, v. MEYERS et al., Appellants.

(Common Pleas of New York City and County, General Term. January 3, 1893.)

Action by Charles H. Southard against Frederick S. Meyers and others.

H. R. Squier, for appellants.

Cornell, Secor & Page, for respondent.

No opinion. Judgment affirmed, with costs. For former report, see 20 N. Y. Supp. 848.

---

DAM, Appellant, v. OCHS, Respondent.

(Common Pleas of New York City and County, General Term, January 4, 1893.

Action by Nicholas Dam against Francis Ochs.

A. Wagner, for appellant.

Chas. Steckler, for respondent.

No opinion. Judgment affirmed, with costs.

---

NOLAN, Appellant, v. HARLEM BRIDGE, M. & F. R. CO., Respondent.

(Common Pleas of New York City and County, General Term. January 4, 1893.

Action by John J. Nolan against Harlem Bridge, Morrisonia & Fordham Railroad Company.

A. G. Vanderpoel, for appellant.

Abel Crook, for respondent.

No opinion. Order affirmed, with costs.

---

TIGHE, Appellant, v. COHEN et al., Respondents.

(Common Pleas of New York City and County, General Term. January 4, 1893.)

Action by Michael Tighe, as administrator, against Morris Cohen and another.

D. Leventritt, for respondents.

No opinion. Order reversed, with costs.

---

MARVIN, Respondent, v. MARVIN et al., Appellants.

(Common Pleas of New York City and County, General Term. January 6, 1893.)

Appeal from city court, general term.

Action by Emily Cordice Marvin against James H. Marvin and others.

Johnston & Johnston, for appellants.

C. H. Preyer, for respondent.

No opinion. Ordered that the order of the general term be reversed, and the order of the special term affirmed, with costs. For decision of the general term of the city court, see 19 N. Y. Supp. 371.